FILED
U.S. District Court
District of Kansas

SEP 12 2014

Clerk, U.S. District Court
By _____ Deputy Clerk

September 10, 2014

UNITED STATES DISTRICT COURT
for the
DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

SEP 12 2014

Clerk, U.S. District Court
By _____ Deputy Clerk

Kent Mayfield and ~~Family~~ TONYA MAYFIELD
  Plaintiffs

Vs.

Harvey County Sheriff's Department
Harvey County District Court
  Defendants

14-1307-JTM-KGG

COMPLAINT

On the Sunday morning of July 13, 2014 at approximately 8:30 am two Harvey County Sheriff deputies, Deputy Carman Clark and part time Deputy Jim Bethards both trespassed onto our private property with malicious intent to kill our pets.
(Refer to enclosed written complaint sent to Chief Sheriff T. Walton for details of crime committed). Both officers trespassed onto the private residence at 233 East St Halstead Kansas. The officers were not acting on any warrant. While driving down East St just North of Halstead in Harvey County, Deputies Clark and Bethards saw our two dogs lying in the yard in front of the house. There are no leash laws restricting the pets from lying in their yard. The dogs did not show any signs of aggression. They came onto the property and attempted to slaughter both dogs. Deputy Clark fired one shot missing Suka as she fled to the back of the house. Deputy Bethards fired one shot into Majka passing through her body, he then followed her as she retreated to the front porch where he fired two more shots into her neck and head killing her while she tried to get into the house. Both officers then attempted to hide the criminal activity by moving her body to the east, placing her corpse between the side walk and East St. They later drug her to the north and attempted to hide her in a row of trees and bushes. They also threw dirt all over the front porch in an attempt to hide the pooled Blood. They gathered all of the shell casings and broke the ceramic bowl they used to scoop the dirt. The officers made no attempt to contact me or any member of my family. The officers new these dogs belonged to us and were fully aware they committed Felonies on private property.
    We were notified of the killing by a local witness and returned to the property at about 9:45 am that same morning. We encountered Deputy Clark sitting in a Harvey County Sheriff's vehicle talking to one of our neighbors. I calmly asked if he had shot one of our dogs. He refused to answer and called for back up while I waited at our vehicle with my wife and two children. After several police vehicles and officers from both Harvey County and Halstead police department arrived Deputy Clark seized my legal fire arm that I was legally carrying in the holster on my right side. He did so while his hand was on his weapon and was threatening deadly force if I did not comply. He claimed he was seizing it for their safety. I turned around with my hands up and he took my firearm from my holster

despite my calm questioning and unthreatening manner, I explained that his actions were illegal. After questioning the officers about the killing of Majka, the officers all left, Deputy Clark returned my pistol but kept the ammo clip. He did not give me any receipt or explanation for the illegal seizure. Harvey County Sheriff's department refused to return the ammo clip until I contacted their District Attorney and explained to him the circumstances to the illegal seizure and the violation to my Fourth Ammendment Rights. My ammo clip was returned to me on Monday, July 14, 2014 while I met with Sheriff T. Walton, Detective Chapman and Sheriff Motes.

During this meeting I explained the horrible circumstances of the officers' crimes and requested something be done. Chief Sheriff T. Walton refused to even have the officers apologize for their actions and made it quite clear they had no intention of rectifying the illegal slaughter of our pet.

Sheriff T. Walton went on to release false inflamitory information to the local media meant to cause harm to our reputation, warranting Legal Malice and Larson.

Deputy Sheriff Carmon Clark is guilty of Trespassing, Malicious intent to cause bodily harm, Illegal seizure of my legal firearm, constituting a violation of my Fourth Ammendment Rights, and Felony attempt to alter a crime scene to avoid prosecution.

Part time Deputy Jim Bethards is guilty of Felony aggravated cruelty to animals, K.S.A. 21-6412, criminal trespassing, Malicious intent, reckless endangerment, Felony altering crime scene and a violation of my Constitutional Fourth Ammendment Rights by destroying our private property, our pet Majka Tikaani.

Multiple officers including but not limited to, Sheriff T. Walton, Corporal Tim Boese, Sergeant Scott Motes and Undersheriff Todd Hanchett, were aware of the criminal acts and did nothing to stop the criminal cover up of their actions.

District Attorney for Harvey County, Greg Nye was and is also aware of the criminal cover up and has refused to bring any charges to any one within the department.

I sent a formal complaint to Sheriff Walton and District Attorney Greg Nye detailing the crimes committed against my family on August 5, 2014. I received no reply concerning the complaint, instead I received a vague letter claiming I had 30 days to respond to a fine of $ 400 with no explanation of its nature. After calling the district clerk I discovered this was a traffic violation from 2005 that was paid in full.

It is very clear that the Harvey County Sheriff's Department and the Harvey County District Court Have become a criminal organization that is conspiring to commit illegal cover up of their vicious crimes. It is also apparent that the District Court and the Harvey County Sheriff's Department is willing to use any means available to intimidate my family in retaliation to our complaint. Harvey County District Court has released sealed juvenile diversion records to a third party to further damage my record and reputation. They have left us no choice but to file suit for their continued criminal activity.

The defendants are guilty of depriving my family of Liberty and Property without due process of the Law. They are guilty of Intentional Infliction of Emotional Distress. They are guilty of acting in bad faith, Libel and Slander, used excessive force, committed Fraud, and acted in Malice Oppression of Evidence. Their actions are Wanton, Outrageous, Violent, Wicked and Reckless with absolute disregard to the Rule of Law.

Under 42 U.S.C. section 1983 My family requests compensation and punishment for the vicious deprivation of Liberty and Destruction of Property without due process of the Law.

We are filing a Government Tort Claim that both the Harvey County Sheriff's Department Officers and employees acting under the cloak of authority, along with members of the Harvey County District court have intentionally deprived myself, my family and ultimately our beloved Majka Tikaani from any resemblance of fair legal protection from criminal activity within their own departments.

We are seeking punitive damages over $ 75,000 for the criminal actions of the defendants. We are requesting a monetary amount of no less than $ 300,000.00 for the blatant assault and destruction of my family's Liberties and Property.  Both Deputies Clark and Bethards should be convicted of Felony aggravated assault to animals.  They should be convicted of Felonies for their criminal attempt to alter evidence to avoid prosecution.  They should lose their rights to carry a firearm of any kind and be barred from ever being employed as officers of the law.  Corporal Beose should be convicted of felony attempt to cover up a crime and slander for his actions relating to this case.   He along with Sheriff T. Walton and numerous others are obviously not capable of the moral and ethical integrity that is required of any enforcer of  the Law.

There should be a functional internal affairs for Harvey County Law enforcement  and  extensive training for all officers concerning the use of deadly force.  My case is not an isolated incident.
This department has and will continue to be if not punished, a criminal organization that has a history of  violent and deadly interaction with the public.

Any person who knowingly complied and /or contributed to the criminal actions and criminal altering of evidence to protect the officers is guilty of their crimes and should be punished accordingly.

Sincerely,

*[signature: Kent Mayfield]*

Kent Mayfield ~~Tonya~~
and ~~Family~~ ~~Kent Mayfield~~

*[signature: Tonya Mayfield]*

I DECLARE THAT WE WANT THE TRIAL HELD IN WICHITA KS

*[signatures: Kent Mayfield, Tonya Mayfield]*

HARVEY COUNTY SHERIFFS DEPARTMENT
120 EAST 7TH ST
NEWTON, KS 67114

HARVEY COUNTY DISTRICT COURT
800 N. MAIN ST. P.O. BOX 665
NEWTON, KS 67114

Defendants in this case include but not limited to:

Sheriff T. Walton

Sheriff Deputy Carmon Clark

Parttime Deputy Jim Bethards

Sergeant Scott Motes

Undersheriff Todd Hanchett

District Attorney Greg Nye

Defendant Jane Doe #1 #2 #3

Defendant John Doe #1 #2 #3

All defendants should be served at Harvey County Sheriffs Department
120 East 7th St
Newton, KS 67114

Chief Sheriff Walton                                                      August 5, 2014
District Attorney Greg Nye
Harvey County Sheriff's Department
120 East 7th St.
Newton, Ks 67114


Kent Mayfield and Family
1020 South Hertzler Rd
Halstead, Ks 67056


Formal Complaint

On the Sunday morning of July 13, 2014 at approximately 8:30 am two Harvey County Sheriff deputies drove down East St just north of Halstead Kansas where they saw our two dogs lying in the front yard of our property. They exited their police vehicle and came onto the private property where the two dogs greeted them with friendly actions. While standing in the yard and petting the curious dogs both deputy Bethards and deputy Clark pulled out their weapons and attempted to slaughter our pets in front of the house. Upon seeing the weapons and sensing their bad intent Suka, our brown dog, spun around and ran to the back of the house. Sheriff Clark shot off one round but missed her. Deputy Bethards shot one round into Majka Tikaani, our white Malamute Husky dog. Both shots fired ricocheted off of the side walk leading to the front porch of our house. Majka spurted blood across the sidewalk then retreated to the front porch and tried to escape to the front door. Deputy Bethards followed her onto the front porch and shot her two more times, once in the head, killing her instantly. Officers said, "We got the white one, we're looking for the German Shepard now." The deputies went to the back of our house to hunt down and kill our other dog but she fled into the woods behind the house which is also our family's property. Both officers returned to the front of the house where they began to hide their crime.

Both deputy Clark and deputy Bethards knew their actions were illegal. Knowing that they were now Guilty of Felony cruelty to animals, criminal trespassing, malicious intent and reckless endangerment by carelessly discharging their weapons, they began to drastictly alter the crime scene. They picked up Majka's body and moved her to the east away from the house across the front side walk that parallel's the street, believing this would appear that she was shot off of the private property, They removed all of their shell casings and then went and used a ceramic dish next to the front porch to scoop up dirt and attempted to cover all of the blood pooled on the front porch where deputy Bethards shot her to death. After throwing the bowl down and shattering it on the sidewalk directly in front of the porch, they went back to Majka's body. They drug her body from in front of the house to the tree row to the North leaving a blood trail most of the way. They threw her body into the bushes and attempted to cover her up and conceal her from the view of the road.

Corporal Beose was also aware of the criminal cover up and lied extensively to further change the sequence of events, even claiming he called me and discussed the incident, phone records prove this was also a complete fabrication. Corporal Beose also falsely claimed that I had came to Lisa Stockenbrans property in the past and said I had threatened her, an absolute lie constituting slander. Both deputies Clark and Bethards lied in their police reports in an attempt to avoid prosecution for their crimes. The officers even withheld much of the details of the crime from their attorney, Greg Nye and their superior officer Sheriff T. Walton. After later discussions both the district attorney, Greg Nye and their Sheriff T. Walton were fully aware of the criminal activities of the officers and did nothing to prevent further illegal cover up.

On the Monday of July 14, 2014 I, accompanied by my wife and two children, met with chief sheriff Walton and supervising sheriff Scott Motes to discuss my complaint. I asked sheriff Walton how he had planned to rectify this vicious illegal act and received no confirmation that he was going to do anything except defend the actions of his officers. I explained in detail of the crimes committed against myself and my family including the vicious slaughter of my daughters dog. Sheriff Walton tried to gain our sympathy for the loss of the Stockenbrans goats and sheep that they 'claimed' our dogs attacked Eleven months earlier on the Sunday of August 13, 2013. I explained to him that this incident was a mistaken identity and that detective Chapman was aware of this. Lisa Stockenbran shot the white husky with a shot gun after finding it had mauled her animals. A resident of Halstead who owned a white husky had to have their dog put down because it had escaped that day and came back bloody and wounded from a gun shot wound, they were not aware of the incident at the Stockenbrans.

I explained that we felt these officers were obviously very dangerous and had no respect for the law. My family felt that they might be a threat to us and that we felt our lives may also be in danger.

I asked chief sheriff Walton if he was willing to hold his officers up to the same law that they enforce. It is obvious that no one in this department is willing to do the right thing and hold them accountable for their abuse of their authority and their criminal activity.

Sheriff Walton said he's been sued many times before and that I could do so also. I explained to him that wouldn't bring back our family member or heal the wounds inflicted on us and our children. I requested at least deputy Bethards and Clark apologize to us and my daughter for slaying Majka on our porch.

We have received no apologies. We have only received threats of possible fines and public Hatred for the twisted truth presented by this department and given to the public media to slander our reputation.

We have been met with nothing but lies and resistance by numerous members of this police Department. Officer Beose, on the afternoon of July 13, 2014 refused to take our written complaint and statement and refused to return my ammo clip, illegally taken from me that morning by deputy Clark. I explained to him that as the immediate supervisor he could have handled the whole

incident in a more professional manner and requested I speak to someone from their internal affairs. He said they do not have an internal affairs and that he had no authority to return the other part of my illegally seized weapon. I told him we were aware they tried to cover up the crime scene, he then blurted out, "No we didn't!" then quickly returned inside the sheriff's department office.

On Friday, July 18, 2014 I paid to have copies of all recorded 911 dispatch calls concerning the Shooting or our pet. We met Don Gruer at the Sheriff's office where he handed us the CD with the Recordings of the 911 dispatch calls. He nervously explained that, 'He' had not changed or altered any of this evidence. After reviewing the recordings and times listed, we found that the evidence had been altered and changed.

Your department is aware of the manipulation of the facts. You have lost your qualified immunity.

Your department is guilty of Violating our Constitutional Fourth Amendment Rights by illegally seizing my firearm and confiscating my ammo clip. Harvey County Sheriffs Department also violated our Fourth Amendment Rights by killing, destroying our private property without due process of the law. Federal Law is clear that the unreasonable destruction of personal property is a constitutional violation.

Your officers are guilty of Malicious Intent, Felony Cruelty to Animals, KSA 21-6412, punishable to over a year in prison. They are also guilty of criminal trespassing, reckless endangerment from careless discharge of a fire arm in a populated area having children present and criminal altering of a crime scene.

Your own dispatch operator even told me that, "We will not do an investigation against our own officers."

On Friday July 18, 2014 your office clerk would not give me any copies of the police report claiming that the Kansas Freedom of Information Act did not cover this incident because no crime was committed. She went on to say that Sheriff Walton would not give them to us.

Your department reluctantly sent me the reports Monday after I requested them in writing stating Statute KSA 45-215.

Your department is guilty of depriving my family of Liberty and Property with due process of the Law. Your department is guilty of Intentional Infliction of Emotional Distress, the Punitive Damages are Severe and long lasting. You acted in bad faith, used excessive force, committed fraud, acted in malice oppression, your actions are wanton, outrageous, violent, wicked and reckless with absolute Disregard to the Rule of Law.

Your officers spoke out with malice and negligence when communicating defamatory statements to a third party.          Article 64 Crimes Against the Public Morals

Our Grief is Permanent from your Premeditated Criminal Actions.

Your officers had no right to trespass on our private property with intent to kill our pets.
They had no right to kill Majka Tikaani.    KSA 47-646

All parties involved and listed in this complaint are guilty and now liable for their criminal actions.

I therefore ask you, how can we be treated as criminals for exercising our Constitutional Rights.
How can we be considered a deadly threat when we don't even put up a fight.
Our only power of defense are the words that we write.
Our only power of defense
Our words have the most might.

I'll leave you with one last statement from our seven year old daughter, Zoë Lydia Mayfield after finding her pet viciously slaughtered and hidden in the bushes.

"Daddy, those officers were smiling at us, they took pleasure in killing Majka, how can they explain Killing her on our own front porch?"


Truly Disgusted,

*[signature]*

Kent Mayfield and Family