IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**KENT MAYFIELD and**
**TONYA MAYFIELD**,

                            Plaintiff(s),

v.                                                    Case No. **14-1307-JTM-KGG**

**JIM BETHARDS**,

                            Defendant(s).

ORDER TO PRODUCE RECORDS FOLLOWING *IN CAMERA* INSPECTION

      The Magistrate Judge previously ordered the Defendant to submit the Defendant's personnel file from the Harvey County Sheriffs Department for *in camera* inspection (Doc. 76). The file had been requested in discovery from the Plaintiffs, and the purpose of the *in camera* inspection was to determine which portions of the file should be produced in discovery. The Court has completed its review of the file.

      Although the file does not include documents directly relevant to the claims and defenses in this case, some of the general background and employment history is sufficiently relevant to the claims and defense for the purpose of discovery. Initially, the Court notes that the file was submitted with Defendant's continued objections, noted in a cover letter which has been attached to the this order as an exhibit, Ex. A. That letter also notes that information concerning the Defendant's social security number, date of birth, home address, and telephone number has been removed (redacted) from the documents. The Court finds that these redactions are appropriate. The file was submitted with pages numbered B 000094 through B000114. The Defendants are

ordered to produce the following pages to the Plaintiffs:

    Page B 000094, with the additional redaction of the Defendant's rate of pay;
    Page B 000095;
    Page B 000096;
    Pages B 000097-98, with the additional redaction of the "New Rate" of pay;
    Page B 000101;
    Page B 000104; and
    Page B 000110-113.

The Court is not ordering release of tax forms, acknowledgments of substance abuse and computer resources policies; Form I-9 and related Employment Eligibility forms; and a Release of Information form. The file contained no adverse employment or disciplinary information.

The designated portions of the file will be delivered to the Plaintiffs by Defense counsel by December 8, 2016.

IT IS SO ORDERED this 30th day of November, 2016.

                                      S/ KENNETH G. GALE
                                      KENNETH G. GALE
                                      United States Magistrate Judge